IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AKHIL NAGA SAI KRISHNA TADIKONDA, <br><br> Plaintiff, <br><br> vs. <br><br> DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | 8:25CV0204 <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Filing No. 10.) Having considered the matter, the Court will accept the Voluntary Dismissal. Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 16th day of June, 2025.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge